IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FABIAN SANDOVAL,

    Plaintiff,

v.                                                                                      No. CV 21-821 JB/CG

BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 CONFERENCE

**THIS MATTER** is before the Court on review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 9).

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for October 20, 2021, at 10:30 a.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE